# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-3005
LT Case No. 59-2025-CA-575

_____

JOSEPH ANDREW DIAZ,

    Appellant,

    v.

MARQUI LONGWOOD, LLC, and
MITCH MARQUI,

    Appellees.

_____

On appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Joseph Andrew Diaz, Bronx, New York, pro se.

Nicholas A. Shannin, of Shannin Law Firm, P.A., Orlando, for
Appellees.


July 31, 2026


PER CURIAM.

    Appellant appeals the trial court's Order Granting
Defendants' Motion to Dismiss Amended Complaint and/or Motion
to Strike and/or Motion for More Definitive Statement in Seminole
County Circuit Court Case No. 2025-CA-000575, which is before
this Court for consideration. We caution Appellant that abusive,

repetitive, malicious, or frivolous filings directed to Seminole County Circuit Court Case No. 2025-CA-000575 may result in sanctions such as a bar on pro se filing in this Court. *See* § 944.279(1), Fla. Stat. (2019); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.